

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Mag. Barbara C. Moses
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023

April 25, 2023

Re:  *Toro v. Seahorse Enterprises LLC*, Case 1:23-cv-00721
     Request for Adjournment of Conference

**MEMO ENDORSED**

Dear Judge Moses:

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for May 4, 2023. Counsel will be traveling out of the country and unable to attend the conference. Plaintiff proposes a new date of June 7 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

    We thank the Court for its attention and consideration of this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

Application GRANTED. The Initial Case Management Conference is adjourned to **June 7, 2023** at **11:00 a.m.** The parties shall file their Pre-Conference Statement no later than **May 31, 2023**. SO ORDERED.

_____
Hon. Barbara Moses, U.S.M.J.
April 26, 2023

