

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Magistrate Barbara C. Moses
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2023
```

June 1, 2023

Re: *Case 1:23-cv-00721-PAE-BCM, Toro v. Seahorse Enterprises, LLC*
<u>Request to Adjourn Conference</u>

**MEMO ENDORSED**

Dear Judge Moses:

      Plaintiff submits this letter-motion respectfully seeking an adjournment of the in-person initial conference scheduled for June 7, 2023. Counsel will not be in New York on that date. Additionally, the Parties are discussing a resolution of the matter and are hopeful that the matter will be resolved by the next conference date (if Your Honor grants this request). Plaintiff requests an adjournment of the conference to July 25, 2023, or a date more convenient to the Court. This is the second time this relief is being requested and both Parties consent.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: all Counsel of record

---

Application GRANTED. The initial conference scheduled for June 7, 2023 is ADJOURNED to **July 31, 2023** at **11:00 a.m.** No further adjournments will be granted absent compelling circumstances. SO ORDERED.

_____
Hon. Barbara Moses, U.S.M.J.
June 2, 2023