

**Mars Khaimov Law, PLLC**

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>**VIA ECF**</u>
Honorable Barbara C. Moses
United States District Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007                                                                                      July 26, 2023

        Re:    <u>*Case 1:23-cv-00721-PAE-BCM Toro v. Seahorse Enterprises, LLC*</u>
                  <u>Request for Rescheduling of Conference</u>

Dear Judge Moses:

        Plaintiff's Counsel submits this letter-motion respectfully to seek a mere slight rescheduling of the initial pretrial conference, currently scheduled to take place on July 31, 2023 at 11am. I will be landing from a trip from Seattle, Washington for a close friend's wedding on that morning, and regrettably will be unable to make this conference in time for the in-person appearance. As such, I respectfully request that the time of this conference be changed to a time in the early afternoon, if amenable to the Court. Defense Counsel has graciously consented to this request, as well.

        I thank the Court for its consideration and attention herein, and apologize for this inconvenience.

                                                                             Respectfully submitted,

                                                                              <u>*Mars Khaimov, Esq.*</u>
                                                                              Attorney for Plaintiff

---

Application GRANTED. The conference scheduled for July 31, 2023 at 11:00 a.m. is ADJOURNED to **1:00 p.m.** on the same day.

The parties are reminded that the order scheduling this initial case management conference (which has now been rescheduled three times, *see* Dkts. 13, 15), required them to file a joint Pre-Conference Statement no later than one week prior to this conference. (*See* Dkt. 11.) The parties have yet to comply with the Court's order.  The parties are hereby directed to file their Pre-Conference Statement **no later than noon on Friday, July 28, 2023**. SO ORDERED.

*[signature: Barbara Moses]*
_____
Barbara Moses
United States Magistrate Judge
July 27, 2023